**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

CHARLES M. HAIR,

    Petitioner,

v.                                               CASE NO. 5:11cv241-MP-GRJ

PAGE A. AUGUSTINE,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation.  (Doc. 4).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is DISMISSED.

DONE and ORDERED this 3rd day of November, 2011.

                                                                s/ _M. Casey Rodgers_
                                                                **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**